1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada 89135
   E-mail: gmarina@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 778-9709
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 ERIC ROJAS-GUANCHA,                    Case No. 2:25-cv--00702

11              Plaintiff,

12 vs.
                                          **JOINT MOTION FOR EXTENSION OF**
13 NATIONAL CONSUMER TELECOM &            **TIME FOR DEFENDANT NATIONAL**
   UTILITIES EXCHANGE, INC., and          **CONSUMER TELECOM & UTILITIES**
14 CLARITY SERVICES, INC.,                **EXCHANGE, INC. TO FILE ANSWER**

15                                        **FIRST REQUEST**
                Defendants.
16

17     Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

18 requested an extension of time to answer, move or otherwise respond to the Complaint in this

19 matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

20 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

21 otherwise respond to the Complaint in this action is extended from May 14, 2025 through and

22 including **June 13, 2025**. The request was made by NCTUE so that it can have an opportunity to

23 / /

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 14th day of May, 2025.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

**No opposition**
/s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/15/2025