George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Eric Rojas-Guancha*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric Rojas-Guancha, | Case No.: 2:25-cv-00702 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |
| National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric Rojas-Guancha and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///

---

STIPULATION                                         - 1 -

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: July 3, 2025.

3

4    **FREEDOM LAW FIRM**

5    /s/ *George Haines*

6    George Haines, Esq.
     Gerardo Avalos, Esq.

7    8985 S. Eastern Ave., Suite 100

8    Las Vegas, Nevada 89123
     *Counsel for Plaintiff Eric Rojas-Guancha*

9

10   **CLARK HILL PLLC**

11   /s/ *Gia N. Marina*

12   Gia N. Marina, Esq.

13   1700 S. Pavilion Center Drive, Suite 500
     Las Vegas, NV 89135

14   *Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

15

16                                    IT IS SO ORDERED:

17

18                                    UNITES STATES DISTRICT JUDGE

19
                                      DATED: _____ July 7, 2025 _____
20

21

22

23

24

25

26

27

_____
STIPULATION                    - 2 -